# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Quinton A. Staggers                                Docket No. 5:15-MJ-1537-1

## Petition for Action on Probation

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quinton A. Staggers, who, upon an earlier plea of guilty to Driving While Impaired - Level 1 was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on September 9, 2015, to a 12-month term of probation under the conditions adopted by the court. Additionally, the court imposed the following special condition: The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days as arranged by the probation office. Defendant to receive credit for confinement received while in treatment.

Quinton Staggers has been supervised in the District of South Carolina since probation commenced. The probation office in that district indicates that Mr. Staggers has been in compliance with the conditions of his probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The special condition noted above ordered that Staggers receive credit for time spent in treatment. Mr. Staggers was admitted to the Palmetto Center on July 27, 2015, for alcohol treatment. He remained at the center until his release on August 21, 2015. This was a total of 26 days. USPO Stephen Floyd in the District of South Carolina states that Staggers has been cooperative during the period of supervision. He adds that in their district they have no means to facilitate jail sentences as this is done through the clerks office in conjunction with the marshals service. Based on this, it is recommended that the 26 day in-patient treatment program be allowed to satisfy the courts order that he be confined for 30 days and the remaining 4 days of confinement be stricken.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant is given credit for 26 days towards the court ordered 30 days confinement based on his participation in alcohol treatment. Additionally, the remaining 4 days confinement are hereby stricken thus satisfying the condition that the probationer serve 30 days in confinement.

Except as herein modified, the judgment shall remain in full force and effect.

                                                 I declare under penalty of perjury that the foregoing is true and correct.

                                                 /s/ Robert K. Britt
                                                 U.S. Probation Officer
                                                 310 Dick Street
                                                 Fayetteville, NC 28301-5730
                                                 Phone: (910) 483-8613
                                                 Executed On: March 4, 2016

## ORDER OF COURT

Considered and ordered this __8th__ day of _____March_____, 2016, and ordered filed and made a part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Judge